```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45513
   LEE VERN PEAKES
   LOUISE JACQUELINE PEAKES                     CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1993    SSN XXX-XX-8581

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/10/2004 and was confirmed 02/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED          7750.00       321.02        7750.00
ROUNDUP FUNDING LLC        UNSECURED        2978.20          .00        2978.20
INTERNAL REVENUE SERVICE   PRIORITY          582.32         7.64         582.32
INTERNAL REVENUE SERVICE   UNSECURED          53.39         1.38          53.39
ALFRED D SAGALL            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED         .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED         .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED         .00            .00
CITY OF EVANSTON           UNSECURED       NOT FILED         .00            .00
CITY OF EVANSTON           UNSECURED       NOT FILED         .00            .00
CITY OF EVANSTON           UNSECURED       NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1486.96          .00        1486.96
ROUNDUP FUNDING LLC        UNSECURED        3516.56          .00        3516.56
ROUNDUP FUNDING LLC        UNSECURED        3164.36          .00        3164.36
EVANSTON NORTHWESTERN      UNSECURED       NOT FILED         .00            .00
EVANSTON NW HEALTHCARE     UNSECURED       NOT FILED         .00            .00
EVANSTON NW HEALTHCARE     UNSECURED       NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        2679.96          .00        2679.96
OCWEN LOAN SERVICING LLC   NOTICE ONLY    NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         416.26          .00         416.26
JON J SOBLE                UNSECURED       NOT FILED         .00            .00
NICOR GAS                  UNSECURED         387.19          .00         387.19
NCO                        NOTICE ONLY    NOT FILED         .00            .00
PAYDAY LOAN STORE OF IL    UNSECURED       NOT FILED         .00            .00
PROVIDIAN                  UNSECURED       NOT FILED         .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED         .00            .00
PROVIDIAN                  UNSECURED       NOT FILED         .00            .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY    NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        2577.79          .00        2577.79
ECAST SETTLEMENT CORP      UNSECURED         747.37          .00         747.37
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                     1,660.20

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 45513 LEE VERN PEAKES & LOUISE JACQUELINE PEAKES
```

```
DEBTOR REFUND           REFUND                                          2,536.20

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     33,566.80

PRIORITY                                             582.32
     INTEREST                                          7.64
SECURED                                            7,750.00
     INTEREST                                        321.02
UNSECURED                                         18,008.04
     INTEREST                                          1.38
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               1,660.20
DEBTOR REFUND                                      2,536.20
                            ---------------    ---------------
TOTALS                      33,566.80              33,566.80
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 08/27/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```